IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| TERRENCE BEAULAC | * | Case Number: |
| VICKY BEAULAC | * | Chapter 13 |
| Debtors | * | |
| _____ | * | |

## CHAPTER 13 PLAN
_X__ Original Plan    __ Amended Plan      ____ Modified Plan

The Debtors propose the following Chapter 13 plan and make the following declarations:

1. The future earnings or other income of the Debtors are submitted to the supervision and control of the Trustee, and Debtors will pay as follows:
   a. $__218.00__ per month for a term of __54___ months. OR

   b. $_____ per month for months _____,
      $_____ per month for months _____,
      $_____ per month for _____ months(s), for a
      total term of _____ months. OR

   c. $_____ per month prior to confirmation of this plan, and $_____ per month after confirmation of this plan, for a total term of _____months.

2. From the payments received, the Trustee will make the disbursements described below:
   a. Trustee Commissions.

   b. Administrative claims under 11. U.S.C. §507(a)(1), including attorney's fee balance of $ 500.00   (unless allowed for a different amount upon prior or subsequent objection).

   c. Other priority claims defined by 11 U.S.C. §507(a)(2)-(9). The Debtors anticipate the following priority claims:
      Internal Revenue Service:    None
      Comptroller of Treasury:     None

   d. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:
      i. Pre-petition arrears on the following claims will be paid under the plan while the Debtors maintain post-petition payments directly:
         None.

      ii. The following secured claims will be paid in full, as allowed, at the designated interest rates: None.

      iii. The following secured claims will be satisfied through surrender of the collateral securing the claims and any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors: None.

      iv. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtors:
<u>Countrywide Home Loans</u>
<u>Highland Homeowners Association</u>
<u>Chrysler Financial</u>

      v. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtors, and it will not be discharged upon completion of the plan.

  e. After payment of priority and secured claims, the balance of funds will be paid as follows:
      i. <u>CLASS I</u>: All joint general unsecured creditors shall be paid 100% of the allowed filed claim. This includes, but is not limited to:
<u>Cabelas Visa (also known as World's Foremost Bank).</u>
      ii. <u>CLASS II:</u> All general unsecured creditors not included in CLASS I shall be paid pro rata on allowed filed general unsecured claims.

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtors anticipate filing the following motion(s) to value a claim or avoid a lien. None.

4. Secured Creditors will retain their liens.

5. The following executory contracts are assumed or rejected:
<u>Debtors assume the automobile lease with Chrysler Financial.</u>

6. Title to property shall revest in the Debtors when the Debtors are granted a discharge pursuant to 11 U.S.C. § 1328.

<u>September 22, 2005</u>                <u>/s/ Terrence Beaulac</u>
Date                                       Debtor
<u>September 22, 2005</u>                <u>/s/ Vicky Beaulac</u>
Date                                         Debtor