

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at
### Greenbelt, Maryland

| | | |
|---|---|---|
| In Re: | * | |
|     TERRENCE M. BEAULAC | * | Case No. 05-41235 WIL |
|     VICKY BEAULAC | * | Chapter 13 |
| | * | |
| | * | |
|     Debtor(s) | * | |

### ORDER APPROVING SECURED DEBT
### AND PAYMENT OF ALLOWED CLAIMS

Upon a motion by the debtor for authority to incur secured debt to refinance existing mortgage debt, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor is authorized to refinance a loan secured by property known as 8703 Saint Andrews Drive, Chesapeake Beach, Maryland 20732 under the conditions of this Order; and it is further

ORDERED, that all debts secured by present liens upon the property shall be paid at settlement; and it is further

ORDERED, that all proceeds of the refinancing, after payment of costs of closing and all debt secured by present liens upon the property, the settlement officer shall remit directly to the Chapter 13 Trustee the amount required to pay the base balance of the plan, together with a

copy of the fully executed settlement sheet (HUD-1); and it is further

      ORDERED, that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

      ORDERED, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the entry of this Order, the authority to refinance granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:    Chapter 13 Trustee
       Debtor(s)
       Debtor(s)' Counsel -

End Of Order