```
                  UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF MARYLAND
                         Greenbelt Division

IN RE:                              |
                                    |
    TERRENCE M BEAULAC               |   Case No.:  05-4-1235 WIL
    VICKY J BEAULAC                  |   Chapter 13
                                    |
         Debtor(s)                   |
```

NOTICE OF COMPLETION OF CHAPTER 13 PLAN

   Please be advised that the above-captioned Chapter 13 plan has now been completed.  A discharge can now be granted by the Court under Section 1328 of the Bankruptcy Code.  The Trustee will proceed to close this case and file the "Final Report and Account" upon the clearing of all outstanding checks.

Date: November 3, 2006            BY: /s/ Nancy Spencer Grigsby
                                      NANCY SPENCER GRIGSBY
                                      P O Box 958
                                      Bowie, Maryland 20718-0958
                                      Telephone: (301)805-4700

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Line was served November 3, 2006  electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or first class mail, postage prepaid to:

TANYA M KRIPETZ ESQ                 TERRENCE M and VICKY J BEAULAC
6301 IVY LANE SUITE 602             8703 ST ANDREWS DRIVE
GREENBELT MD 20770
                                    CHESAPEAKE BEACH MD 20732


                                    /s/ Nancy Spencer Grigsby
                                    NANCY SPENCER GRIGSBY