Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.: 05−41235    Chapter: 13**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Terrence M. Beaulac<br>aka Terry Beaulac<br>8703 St. Andrews Drive<br>Chesapeake Beach, MD 20732 | Vicky J. Beaulac<br>*debtor has no known aliases*<br>8703 St. Andrews Drive<br>Chesapeake Beach, MD 20732 |
| Social Security No.:   xxx−xx−7433 | xxx−xx−3069 |
| Employer's Tax I.D. No.: | |

Petition for Relief under Chapter 13 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 10/15/05

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

Nancy L Spencer Grigsby is discharged as trustee of the estate of the above−named debtor; and the chapter 13 case of the above named debtor is closed.

Dated: 2/5/07

*Wendelin I. Lipp*
U.S. Bankruptcy Judge